UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, on behalf of herself and others similarly situated,<br><br>      Plaintiff,<br><br>-against-<br><br>ACCUTRACE, INC.,<br><br>      Defendant. | Civ. No. **7:18-cv-09059**<br><br>**CLASS ACTION**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 10/5/18 |

## ORDER

AND NOW, this fifth day of October, 2018, upon consideration of Plaintiff's Motion for Protective Order and Leave to Proceed Under Pseudonym, and any Response thereto, it is hereby ORDERED and DECREED that said Motion is GRANTED as follows:

1.    Plaintiff shall proceed in pseudonym and the docket shall continue to reflect plaintiff's name as Jane Doe;

2.    Plaintiff shall be referred to by her pseudonym in all depositions, pleadings and other documents related to this litigation and in all proceedings held before this Court;

3.    Plaintiff's identity shall be available to the attorneys of record and in-house counsel for the Defendant, who shall not disclose or permit disclosure thereof, except to their law partners, associates and persons employed in the law offices of such attorneys, the employees of Defendant who have knowledge of the facts alleged in the Complaint, outside consulting experts and their employees, a person whose deposition is to be taken in this action, but only to the extent necessary for the deposition, and any person who potentially possesses information that is relevant to Plaintiff's claims or Defendant's defenses;

1

Case 7:18-cv-09059-VB   Document 5   Filed 10/05/18   Page 2 of 2

4. Each person to whom Plaintiff's identity is disclosed pursuant to this Order shall agree in advance that he or she will not disclose Plaintiff's identity to any other person;

5. In the event any defendant believes it is necessary in the defense of the claims herein for it to disclose Plaintiff's identity to persons other than those specified in this Order, such defendant shall communicate with Plaintiff's counsel and if agreement cannot be reached in writing, the matter shall be determined by the Court.

6. Clerk shall terminate the motion. (Doc. #4).

BY THE COURT:

10/5/18

_____
U.S.D.J.
Vincent L. Bricetti