

July 1, 2019

**VIA ECF**
The Honorable Judge Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas Street, Room 630
White Plains, NY 10601

      Re:    *Doe v. Accutrace, Inc.,* Case No. 18-cv-09059 (VB)
              Withdrawal of Request to Proceed Anonymously

Dear Judge Briccetti:

This firm represents the Plaintiff in this case.

By motion dated October 3, 2018 (Doc. 4), the Plaintiff requested leave to proceed under the pseudonym "Jane Doe." The Court granted that request by Order dated October 5, 2018 (Doc. 8).

On March 8, 2019, the Court entered a Scheduling Order (Doc. 30). At paragraph 16 of the Scheduling Order, the Court instructed Plaintiff's counsel, no later than July 8, 2019, to re-apply for the Plaintiff to proceed anonymously if she wanted to maintain her anonymity in this litigation.

Plaintiff has considered the Court's Order and has decided to no longer proceed anonymously in this case. Plaintiff's true name is Satima Lucas. By counsel, Ms. Lucas hereby seeks leave to withdraw her request to proceed anonymously and that the record in this case be amended to so reflect.

Thank you for your consideration of the Plaintiff's request. Should the Court have any questions, we stand ready to respond.

                                              Respectfully,

                                              David A. Searles

cc: All counsel (via ECF)

1600 Market Street | Suite 2510 | Philadelphia, PA 19103
P 215.735.8600 | F 215.940.8000
www.consumerlawfirm.com | www.creditreportproblems.com