UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SATIMA LUCAS, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ACCUTRACE, INC.,<br><br>Defendant. | Civil Action No. 7:18-cv-09059 (JCM)<br><br>CLASS ACTION |

## MOTION FOR APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to Fed. R. Civ. P. 23(c), and for the reasons set forth more fully in the accompanying Memorandum of Law, Plaintiff Satima Lucas moves the Court for an Order approving the settlement of this class action. Defendant does not contest the requested relief.

DATED:  May 28, 2020                    Respectfully submitted,

/s/ David A. Searles
FRANCIS MAILMAN SOUMILAS, P.C.
James A. Francis (*pro hac vice*)
David A. Searles (*pro hac vice*)
1600 Market Street, Suite 2510
Philadelphia, PA 19103
(215) 735-8600
jfrancis@consumerlawfirm.com
dsearles@consumerlawfirm.com

Adam G. Singer
LAW OFFICE OF ADAM G. SINGER, PLLC
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
(212) 842-2428
asinger@adamsingerlaw.com

*Attorneys for Plaintiff and the Class*

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 28th day of May 2020, I electronically filed the foregoing with the Clerk of the Court for the Southern District of New York, using the CM/ECF system, which will provide notification of such filing to the parties of record.

                                              */s David A. Searles*
                                              David A. Searles